# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2556

_____

| | | |
|---|---|---|
| Robert Lee Valentine, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| David C. Brown, Prosecutor Attorney; | * | District Court for the District |
| Robert Bozovsky, Chief Detective | * | of Minnesota. |
| Brooklyn Park; Nathaniel J. Pearlson, | * | |
| Forensic Scientist; Jack Denzel Davis, | * | [UNPUBLISHED] |
| ASC-Supervisor; John Doe, Unknown | * | |
| Agents, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 20, 2002

Filed: August 27, 2002

_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Robert Lee Valentine appeals the district court's preservice dismissal of Valentine's 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we conclude dismissal was proper for the reasons relied on by the district

court, but we modify the dismissal to be without prejudice. We thus affirm the judgment as modified. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.